# George Robert Goltzer
## 152 West 57th Street
## 8th Floor
## New York, NY 10019

**Ying Stafford**                                    Tel.  212/608-1260
**Associate Counsel**                                Cell 917/553-6704
                                                     Fax 1646/430-8944
                                                     grgoltzer@gmail.com

June 12, 2020

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007
Via ECF

> Application GRANTED. Sentencing is ADJOURNED to September 30, 2020, at 3:30 p.m. The Clerk of Court is directed to terminate Doc. #417.
>
> SO ORDERED.
>
> June 12, 2020

Re: *United States v. Dones-Gonzalez*
    16 Cr. 387 (JMF)

Dear Judge Furman:

    Please accept this letter as an application, with consent of Assistant U.S. Attorney Andrew Thomas**,** to continue the sentence of Mr. Dones-Gonzalez, currently scheduled for July 9, 2020, to any date in the last two weeks of September, 2020 convenient to the Court except September 23.. The current restrictions on movement and court appearances will likely be in effect on July 9, and we will not be able to appear in person.

    If this application is agreeable, may I impose upon Your Honor to "so order" this letter. Thank you for your consideration. I remain

        Respectfully,
        *s/GRGoltzer*
        George Robert Goltzer

cc: All parties via ECF