KELLEY J. SHARKEY
Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 858-8843
Fax: (718) 875-0053

Honorable Jesse M. Furman
United States District Judge                September 10, 2020
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Jason Dones- Gonzalez</u> 16 Cr. 387

Dear Judge Furman:

      We write to respectfully request that Mr. Dones-Gonzalez' sentencing scheduled for September 30, 2020 be adjourned for thirty to sixty days, at time convenient to the Court and parties. Mr. Dones-Gonzalez does not consent to be sentenced by video. We recognize that in Court proceedings are underway in some courtrooms in the Southern District. However, it is also our understanding that defendants produced in Court are quarantined after their appearance. We would like to avoid such a harsh followup to our clients sentence proceeding. We anticipate that as our community becomes more proficient in dealing with Covid-19, incarcerated defendants may be returned directly to their units after routine court proceedings. Therefore, we respectfully request a brief adjournment in this matter. Government counsel do not object to this request.

Respectfully,
/S/
Kelley J. Sharkey
George Goltzer
Ying Stafford
Attorneys for Jason Dones-Gonzalez

Application GRANTED. Sentencing is hereby ADJOURNED to November 24, 2020, at 2:15 p.m. The Clerk of Court is directed to terminate Doc. #241. SO ORDERED.

[signature]

September 11, 2020