UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                              :

UNITED STATES OF AMERICA                  :

     -v-                                        :          16-CR-387-5 (JMF)

JASON DONES-GONZALEZ,                    :             <u>ORDER</u>

                Defendant.                :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received a letter, written in Spanish, from the Defendant. The letter, a copy of which has been sent to defense counsel, will be maintained under seal given the possibility that it contains sensitive or confidential information. Counsel shall promptly translate the letter and, if appropriate, file it with the Court.

       SO ORDERED.

Dated: September 14, 2020
       New York, New York
                                                        JESSE M. FURMAN
                                                   United States District Judge