**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**                                                                                       Tel.  (2 12) 608-1260
**Associate Counsel**                                                                            Fax (1646) 430-8944
                                                                                                                        Cell: (917) 553-6704
                                                                                                                        grgoltzer@gmail.com

November 18, 2020

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007
Via ECF

*Application GRANTED. Counsel shall email chambers the phone number he will be calling from so Chambers can keep the line unmuted. The Clerk of Court is directed to terminate Doc. #465. SO ORDERED.*

*November 18, 2020*

**Re:** *United States v. Jason Dones-Gonzalez*
           *S1* **16r Cr. 387 (JMF)**

Dear Judge Furman:

      Please accept this letter as an application for an order permitting me to appear by phone at the November 24, sentencing hearing in this matter while attorney Kelley Sharkey, who will be the lead and likely sole speaker for the defense, will appear in person.

      This request is occasioned by my need to begin quarantining today until Thanksgiving so that my wife and I may attend a dinner at my daughter in law's parent's home in Connecticut. My daughter in law is entering her third trimester. Her uncle, the head of the infectious disease department at Massachusetts General Hospital in Boston, has strongly suggested a protocol where all attendees quarantine four days before getting tested and then continue to quarantine until Thanksgiving to avoid potentially serious consequences to mother and fetus if the mother contracts the virus.   Thank you for your consideration of this request. I remain

                                      Respectfully
                                      *S/ GRGoltzer*
                                      George R. Goltzer

cc: All parties via ECF