**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**
**Associate Counsel**

Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

April 7, 2021

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10017
Via ECF

Re: *United States v. Jason Dones-Gonzalez*
Ind. No. 16 Cr. 387 (JSM)

Dear Judge Furman:

This letter is respectfully submitted to advise Your Honor that I have conferred with Assistant Untied States Attorney Lara Pomeranz. We agree that the sentencing of Mr. Dones-Gonzalez should not go forward on April 20, 2021 and should be adjourned for approximately sixty days to any date convenient to the Court during the second week of June, 2021. This requested adjournment is occasioned by the current policy of the MDC that would require Mr. Dones-Gonzalez to suffer the hardship of an approximately three week quarantine, one week before and two weeks after the in-person sentence. Mr. Dones-Gonzalez requests an in person sentence.

If this application is agreeable, may I impose upon Your Honor to "so order" this letter and have Chambers publish it via ECF. Thank you for your consideration. I remain

Respectfully,
*s/GRGoltzer*
George R. Goltzer

Application GRANTED. Sentencing is hereby ADJOURNED to June 10, 2021, at 10:30 a.m. The Clerk of Court is directed to terminate Doc. #497. SO ORDERED.

April 7, 2021

cc: All parties via ECF